AUSA Srinivasan

# United States District Court

For the Western District of Texas
Austin Division

**FILED**

April 17, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____VAR_____

DEPUTY

United States of America, §
§
v. §
§
Case Number:
**Elvin Alexis Canelas-Morillo** §
**AKA Elvin Alexis Canalas Jr., Elvin** §      **1:25-MJ-453**
**Alexis Canales Jr., Elvin Alexis Canela-** §
**Murillo, Elvin Ganales-Murio,** §
**Hector Cardona** §

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **October 10, 2023**, in the county of **Travis,** in the Western District of Texas, the defendant, **Elvin Alexis Canelas-Morillo**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **October 10, 2023**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, within the Western District of Texas. A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **April 22, 2022**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____

Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**April 17, 2025**                              Austin, Texas

_____    at    _____
 Date                                                            City and State

Susan Hightower
United States Magistrate Judge

_____          _____
Name & Title of Judicial Officer                      Signature of Judicial Officer